**Order entered January 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00780-CV

### IN RE DEDERIAN DEMOND HERRON, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03311-E**

## ORDER

Before the Court is the "Notice of Appearance and Motion to Remove" filed by Geico Auto Insurance. Movant asks this Court to order relator to "cease and desist from including any e-service" on tnicely@geico.com and to remove tnicely@geico.com from relator's list of service recipients for this action. Movant also asks this Court to order all e-service providers to "cease and desist from permitting any e-service" on tnicely@geico.com and to remove tnicely@geico.com from the list of service recipients for this action.

Relator has not listed movant as a real party in interest on his filings in this case, movant's motion includes no evidence that movant has been served in this case, and movant presents no authority to establish that this Court is permitted to order relator not to serve movant with relator's filings. Moreover, this Court lacks jurisdiction to grant the requested relief as to the e-service providers. *See, e.g., In re Potts*, No. 14-14-00388-CV, 2014 WL 2767606, at \*2 (Tex. App.—Houston [14th Dist.] June 17, 2014, orig. proceeding) (dismissing petition for writ

of mandamus seeking writ ordering e-service provider to file certain pleadings).  Accordingly,

we **DENY** the motion.

/s/    ERIN A. NOWELL
           JUSTICE